5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 9 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ANTONIO SALDANA-LEDEZMA | * |
| VS | * C.A. NO. B-00-026 |
| UNITED STATES OF AMERICA | * (Cr. No. B-98-448) |

# O R D E R

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before **May 8, 2000**.

DONE at Brownsville, Texas, this 8th day of March 2000.

Felix Recio
United States Magistrate Judge