

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|    Respondent, | § | |
| | § | B-00-26 |
| vs. | § | C.R. NO. B-98-448 |
| | § | |
| Antonio Saldana-Ledesma, | § | |
|    Petitioner. | § | |
| (C.A. NO. B-00-026) | § | |

United States District Court
Southern District of Texas
ENTERED

AUG 29 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

It is hereby ORDERED that the Respondent's Motion to Dismiss is GRANTED.

SIGNED this _28_ day of _August_ 2000.

_____
UNITED STATES DISTRICT JUDGE